# Exhibit "A"

Sec. 66-71. - Definitions.

The following words, terms and phrases, when used in this article, shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

*Assembly* means any group of persons who assemble or congregate on any public street, alley or sidewalk in the city for the purpose of displaying, advertising, promoting, exhibiting, advocating or otherwise attracting public attention or for any cause or thing.

*Parade* means any group of persons marching or promenading on and along any public street, alley or sidewalk in the city for the purpose of displaying, advertising, promoting, exhibiting, advocating or otherwise attracting public attention to or for any cause or thing.

(Code 1987, § 17-12(a))

**Cross reference—** Definitions generally, § 1-2.

Sec. 66-72. - Approval required.

It shall be unlawful for any person to parade, assemble or congregate on any public street, alley or sidewalk in the city for any purpose specified in section 66-71, unless the city council shall have previously approved and authorized such parade or assembly. Any person participating in or attending any parade or assembly which has not been authorized and approved by the city council shall be considered as a part of the group constituting such parade or assembly, and upon conviction thereof shall be punished as provided in section 1-12.

(Code 1987, § 17-12(b))

Sec. 66-73. - Application.

Any person desiring to parade or assemble on any of the public streets, alleys or sidewalks of the city for the purposes in this article shall file an application with the mayor, setting forth the time, place and purpose of such parade or assembly, and obtain a permit before conducting such parade or assembly.

(Code 1987, § 17-12(c))