# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

JEFFREY GRAY,  
    Plaintiff,                                      )  
                                            )  
    v.                                        )        CV  
                                            )  
CHRIS WRIGHT, Chief of the Blackshear  )  
Police Department, in his individual capacity,  
    Defendant.

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Jeffrey Gray | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Foundation for Individual Rights and Expression, Inc. | Nonprofit organization representing Plaintiff |

| | |
|---|---|
| First Amendment Clinic at the University of Georgia School of Law | Clinic representing Plaintiff |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |

1/31/2023  *Clare Norins*
Date  Signature of Attorney of Record

Clare Norins
Printed Name