# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912)280-1330 |

## NOTICE of FILING DEFICIENCY

To:  Adam Steinbaugh & Harrison Rosenthal          Date: 2/3/2023
Case: 5:23-cv-7                                                            Party: Plaintiff

Your pleading, __#'s 5 & 6 - Motion for Leave to Appear Pro Hac Vice__,

was filed on __02/03/23__, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] Corrective Actions Required

    [ ] 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

    [ ] 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

    [ ] 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

    [ ] 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

    [ ] 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

    [x] 6. Motion is not in compliance with Local Rules.
        [ ] a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
        [ ] b. No good faith document was submitted. (L.R. 26.5)
        [ ] c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
        [ ] d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

    [ ] 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

    [ ] 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

    [x] 9. Other:

        Pleadings are not flattened (do not refile the motions). You did not provide a list of all cases in which counsel has appeared before this court.  If this is your first appearance, please provide that information.  Please contact the clerk's office for assistance in filing the list.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  __/s/ Claudette Robinson__

Deputy Clerk