IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>CHRIS WRIGHT, Chief of the Blackshear Police Department, in his individual capacity,<br><br>　　　　*Defendant.* | Civil Action No.: 2:23-cv-00007 |

## NOTICE OF FILING

　　In connection with Motion for Pro Hac Vice Admission of Adam Steinbaugh (Doc. 5), Mr. Steinbaugh has not been admitted to this court on any prior matters.

DATED:　　　February 6, 2023

　　　　　　　　　　　　　　　　　　　　/s/ *Clare Norins*
　　　　　　　　　　　　　　　　　　　　CLARE NORINS
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 575364
　　　　　　　　　　　　　　　　　　　　FIRST AMENDMENT CLINIC
　　　　　　　　　　　　　　　　　　　　University of Georgia School of Law
　　　　　　　　　　　　　　　　　　　　Post Office Box 388
　　　　　　　　　　　　　　　　　　　　Athens, Georgia 30603
　　　　　　　　　　　　　　　　　　　　Tel:　　(706) 542-1419
　　　　　　　　　　　　　　　　　　　　cnorins@uga.edu

　　　　　　　　　　　　　　　　　　　　ADAM STEINBAUGH*
　　　　　　　　　　　　　　　　　　　　PA Bar No. 326475; CA No. 304829
　　　　　　　　　　　　　　　　　　　　HARRISON ROSENTHAL*
　　　　　　　　　　　　　　　　　　　　KS Bar No. 28894; MO No. 72990
　　　　　　　　　　　　　　　　　　　　FOUNDATION FOR INDIVIDUAL RIGHTS
　　　　　　　　　　　　　　　　　　　　　　AND EXPRESSION
　　　　　　　　　　　　　　　　　　　　510 Walnut Street; Suite 1250
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Tel:　　(215) 717-3473
　　　　　　　　　　　　　　　　　　　　adam@thefire.org
　　　　　　　　　　　　　　　　　　　　harrison.rosenthal@thefire.org

　　　　　　　　　　　　　　　　　　　　**Pro Hac Vice* motions pending*

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Jeffrey Gray*