## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

JEFFREY GRAY,

        *Plaintiff,*

    v.

CHRIS WRIGHT, Chief of the Blackshear
Police Department, in his individual capacity,

        *Defendant.*

Civil Action No.: 2:23-cv-00007

## NOTICE OF FILING

In connection with Motion for Pro Hac Vice Admission of Harrison Rosenthal

(Doc. 6), Mr. Rosenthal has not been admitted to this court on any prior matters.

DATED:     February 6, 2023

*/s/ Clare Norins*
CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia 30603
Tel:    (706) 542-1419
cnorins@uga.edu

ADAM STEINBAUGH*
PA Bar No. 326475; CA No. 304829
HARRISON ROSENTHAL*
KS Bar No. 28894; MO No. 72990
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:    (215) 717-3473
adam@thefire.org
harrison.rosenthal@thefire.org

*\*Pro Hac Vice* motions pending

*Counsel for Plaintiff Jeffrey Gray*
