**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

JEFFREY GRAY,

      *Plaintiff,*

    v.

CHRIS WRIGHT, Chief of the Blackshear
Police Department, in his individual capacity,

     *Defendant.*

Civil Action No.: 2:23-cv-00007

## STATEMENT OF NO PRIOR ADMISSIONS IN THIS DISTRICT

In connection with Motion for Pro Hac Vice Admission of Jay Diaz, Mr. Diaz has not been admitted to this court on any prior matters.

DATED:    March 6, 2023

<div style="margin-left:40%">

*/s/ Clare Norins*
CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia 30603
Tel:   (706) 542-1419
cnorins@uga.edu

ADAM STEINBAUGH*
PA Bar No. 326475; CA No. 304829
HARRISON ROSENTHAL*
KS Bar No. 28894; MO No. 72990
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
adam@thefire.org
harrison.rosenthal@thefire.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Jeffrey Gray*

</div>