

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## James Patrick Jordan

Admission date: 02/02/2023

was admitted to practice in this court
and is in good standing.

Dated: February 9, 2023