IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| JEFFREY GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION NO.: |
| | ) | 5:23-cv-00007-LGW-BWC |
| | ) | |
| CHRIS WRIGHT, Chief of the Blackshear | ) | |
| Police Department, in his individual | ) | |
| capacity, | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT
CHRIS WRIGHT TO ANSWER PLAINTIFF'S COMPLAINT AND EXTENSION OF
TIME TO FOR PARTIES TO CONFER PURSUANT TO FRCP 26(f)**

COME NOW Plaintiff and Defendant and, without waiving any claims or defenses that either party may have in the above-styled action, hereby jointly move the Court to allow Defendant Chris Wright through and including **Friday, April 21, 2023** to timely answer Plaintiffs' Complaint by affirmative defenses or other defensive pleadings.  The parties further move the Court to extend the time for the parties to confer and develop a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f) until **May 22, 2023.**  The parties are currently engaged in settlement negotiations and believe that this brief extension of pending deadlines may enable an early resolution of this matter.

Respectfully submitted, this 4th day of April, 2023.

| | |
|---|---|
| */s/J. Travis Hall* | */s/ Clare Norins* |
| J. Travis Hall | Clare Norins |
| Chambless, Higdon Richardson, Katz & Griggs, LLP | First Amendment Clinic |
| P.O. Box 18086 | University of GA |
| Macon, GA 31209-8086 | P.O. Box 388 |
| (478) 745-1181 | Athens GA 30603 |
| thall@chrkglaw.com | cnorins@uga.edu |
| Attorney for Defendant | Attorney for Plaintiff |

*/s/Adam Steinbaugh*
Adam Steinbaugh
Foundation for Individual Rights and
Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
adam@thefire.org
Attorney for Plaintiff