# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| JEFFREY GRAY, | * |
| Plaintiff, | * CV 523-007 |
| v. | * |
| CHRIS WRIGHT, Chief of the Blackshear Police Department, in his individual capacity, | * |
| Defendant. | * |

## ORDER

Plaintiff Jeffrey Gray initiated this civil rights action on January 31, 2023. Dkt. No. 1. The record reflects Defendant Chris Wright waived service. Dkt. No. 12. After being granted extensions of time, Defendant's answer became due May 22, 2023. Dkt. Nos. 17-20. No answer was filed, and no other activity has occurred in the case. Accordingly, Plaintiff is hereby **ORDERED** to file a report on the status of this case within **ten (10) days** of the date of this Order. Failure to do so will result in the dismissal of this action.

SO ORDERED, this 29 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA