IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY GRAY,<br><br>           *Plaintiff,*<br><br>     v.<br><br>CHRIS WRIGHT, Chief of the Blackshear Police Department, in his individual capacity,<br><br>           *Defendant.* | Civil Action No.:<br>5:23-cv-00007-LGW-BWC |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeffrey Gray and Defendant Chris Wright stipulate to the dismissal with prejudice of all claims and affirmative defenses arising out of or relating to this lawsuit. The parties stipulate that a settlement has been reached and each party agrees to bear his own attorney's fees and costs.

DATED:     July 3, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Adam Steinbaugh* | */s/ J. Travis Hall* |
| ADAM STEINBAUGH* | J. TRAVIS HALL |
| PA Bar No. 326475; CA No. 304829 | CHAMBLISS, HIGDON, RICHARDSON, KATZ & |
| HARRISON ROSENTHAL* |      GRIGGS, LLP |
| KS Bar No. 28894; MO No. 72990 | P.O. Box 18086 |
| JAMES M. DIAZ* | Macon, Georgia 31209-8086 |
| VT Bar No. 5014 | Tel:    (478) 745-1181 |
| FOUNDATION FOR INDIVIDUAL RIGHTS | thall@chrkglaw.com |
|      AND EXPRESSION | |
| 510 Walnut Street; Suite 1250 | *Counsel for Defendant Chris Wright* |
| Philadelphia, PA 19106 | |

Tel:   (215) 717-3473
Fax:   (267) 573-3073
adam@thefire.org
harrison.rosenthal@thefire.org
jay.diaz@thefire.org

CLARE NORINS
Georgia Bar No. 575364
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia 30603
Tel:   (706) 542-1419
cnorins@uga.edu

*admitted *Pro Hac Vice*

*Counsel for Plaintiff Jeffrey Gray*